Order issued December 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01395-CV

## IN RE HANK'S RESTAURANT GROUP, L.P., Relator

Original Proceeding from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03124-2012

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by our October 15, 2012 order. We **ORDER** that relator bear the costs of this original proceeding.

_____
LANA MYERS
JUSTICE